UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------------------------------X
```
Trecia Phillips, on behalf of herself and        Civil Action No. 2:19-cv-12429-JMV-SCM
all others similarly situated

                Plaintiffs,

    v.

McKenna, DuPont, Higgins & Stone, PC

                Defendant.
```
-------------------------------------------------------X
```

      **PLEASE TAKE NOTICE,** that upon the annexed Memorandum of Law, dated October 10, 2020 and all documents attached thereto, and all of the pleadings and proceedings heretofore had herein, Plaintiff, Trecia Phillips ("Plaintiff"), by her undersigned counsel, will move this Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, before the Honorable Steven C. Mannion, United States Magistrate Judge, presiding, on November 16, 2020, or as soon thereafter as counsel may be heard, for an order, granting preliminary approval of the Class Action Settlement Agreement entered into between Plaintiff and Defendant, appointing Plaintiff as the representative of the class, appointing Ryan Gentile, Esq. as counsel for the class, authorizing notice of the settlement to be distributed to the class members, and granting such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that Defendant shall file and serve their opposition papers, if any, by November 2, 2020.

      **PLEASE TAKE FURTHER NOTICE,** that Plaintiff shall file and serve her reply papers, if any, by November 9, 2020.

Dated: Floral Park, New York
       October 10, 2020

                                /s/ Ryan Gentile
                By:_____
                         Ryan Gentile, Esq.
                         110 Jericho Turnpike - Suite 100
                         Floral Park, NY 11001
                         Tel: (201) 873-7675
                         rlg@lawgmf.com