**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRECIA PHILLIPS<br><br>　　　　Plaintiff,<br>v.<br><br>MCKENNA, DUPONT, HIGGINS & STONE, PC<br><br>　　　　Defendants. | Civil Action<br><br>2:19-cv-12429-SCM<br><br>**ORDER**<br><br>**[D.E. 22]** |

**THIS MATTER** having come before the Court on review of Plaintiff Trecia Phillips' motion for preliminary class approval, D.E. 22 and subsequent motion for the same relief, D.E. 33,

**IT IS** on this Thursday, October 15, 2020,

**ORDERED** that, the Clerk of the Court shall administratively terminate D.E. 22 as mooted by D.E. 33.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

10/15/2020 1:08:44 PM

Original: Clerk of the Court
cc: All parties
　　File