UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
Trecia Phillips, on behalf of herself and        Civil Action No. 2:19-cv-12429-JMV-SCM
all others similarly situated

                Plaintiffs,

    v.

McKenna, DuPont, Higgins & Stone, PC

                Defendant.
-------------------------------------------------------X

    Please take notice that on a date to be determined by this Court, the undersigned attorney for the Plaintiff, Trecia Phillips, and the Class, will move this Court for an Order granting final approval to the parties Class Action Settlement Agreement.

    In support of the Motion, Plaintiff relies on the Brief submitted with this Motion.

Dated: January 18, 2021

                                        Law Offices of Gus Michael Farinella, PC
                                        *Attorneys for Plaintiff, Trecia Phillips and the Class*

                                        <u>By: /s/ Ryan Gentile</u>
                                        Ryan Gentile, Esq.